ARTHUR OPPENHEIMER et al., Respondents, *v.* ANTON THOMAS et al., Appellants.

Submitted January 8, 1940; decided January 23, 1940.

*Thomas A. Cookingham* for motion.

*John L. Crandall* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements. We do not pass upon the question whether new matter stated in the affidavits might form the basis for a motion for a new trial on newly-discovered evidence.